UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TROY PHILLIPS

    Plaintiff,

V.                                CIVIL ACTION NO.
                                  11-CV-2861-ELH

I.C. SYSTEM, INCORPORATED

    Defendant.                               NOVEMBER 21, 2011

*[Handwritten: Approved. ELH USDJ 11/21/11]*

## NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                              THE PLAINTIFF

                                              BY/S/Bernard T. Kennedy
                                              Bernard T. Kennedy, Esquire
                                              The Kennedy Law Firm
                                              P.O. Box 657
                                              Edgewater, MD 21037
                                              Ph (443) 607-8901
                                              Fax (443) 607-8903
                                              Fed. Bar # Md26843
                                              bernardtkennedy@yahoo.com